JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 280 -- IN RE DISTRIBUTION OF EDUCATIONAL BOOKS & MATERIALS TO UNDER-
PRIVILEGED STUDENTS IN THE STATE OF WEST VIRGINIA

| Date | No. Code | |
|---|---|---|
| 11/1/76 | 1. | MOTIONw/SUPPORTING BRIEF -- Pltfs. Edna D. Bennett, et al. -- for transfer of single actions from Southern and Northern Districts of West Virginia. Certificate of service on involved counsel. |
| | | REQUESTED TRANSFEREE FORUM: |
| 11/4/76 | | HEARING ORDER -- Setting A-1and A-2 For Hearing, Dec. 3, 1976 San Diego, California |
| 11/10/76 | | APPEARANCES -- Roger W. Archer for Pltf. Edna D. Bennett, et al. |
| 11/12/76 | | APPEARANCES -- THOMAS O. MUCKLOW, ESQ. for Paul D. Corley, John K. Phillips, Willie Nestor, Eddie S. Canterbury, Richard T. Flint, Louise S. Smith |
| | | KATHLEEN STRASBAUGH, ESQ. for Lisa Jean Woodrum |
| 11/19/76 | | LETTER RESPONSE -- STATE SUPERINTENDENT BOARD OF EDUCATION MEMBERS |
| 11/30/76 | | WAIVER OF ORAL ARGUMENT FOR DEC. 3, 1976 HEARING -- Plaintiff Bennett |
| 12/23/76 | | CONSENT OF TRANSFEREE COURT -- for Judge Haden to handle litigation in the NORTHERN DISTRICT OF WEST VIRGINIA under 28 U.S.C §1407 |
| 12/23/76 | | ORDER -- Transferring One action from S.D. W.Va. to the N.D. W.Va for assignment to Judge Charles H. Haden, II under 28 U.S.C. §1407 |

DOCKET NO.    280   -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  IN RE DISTRIBUTION OF EDUCATIONAL BOOKS & MATERIALS TO UNDERPRIVILEGED STUDENTS IN THE
STATE OF WEST VIRGINIA

## Summary of Panel Actions

Date(s) of Hearing(s)    12/3/76

Consolidation Ordered _____        Consolidation Denied _____

Opinion and/or Order    MO 12/23/76

Citation _____

Transferee District  Northern District of West Virginia  Transferee Judge  Charles H. Haden, II  *(Clarksburg)*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Edna D. Bennett, et al. v. Paul D. Corley, et al. | N.D.W.Va. *Haden* | 76-76-F | | | 12/1/78 | |
| A-2 | Lisa Jean Woodrum, etc. v. Donald Ray Mullins, et al. | S.D.W.Va. *Haden* | 76-357 -H | 12/23/76 | C-77-9C | 12/1/78 | |

*Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 280 -- IN RE DISTRIBUTION OF EDUCATIONAL BOOKS & MATERIALS TO

UNDERPRIVILEGED STUDENTS IN THE STATE OF WEST VIRGINIA

EDNA D. BENNETT, ET AL. (A-1)
Roger W. Archer, Esquire
200 Adams Street
Fairmont, West Virginia   26554

LISA JEAN WOODRUM, ETC. (A-2)
Kathleen Strasbaugh, Esquire
Appalachian Research & Defense Fund
Post Office Box 36
Hamlin, W. Va.   25523

STATE SUPERINTENDENT
BOARD OF EDUCATION MEMBERS
William  Toussaint, Esquire
Asst. Attorney General
State Capitol
Charleston, W. Va.   25305

LINCOLN COUNTY SUPERINTENDENT
SCHOOL BOARD MEMBERS
Boyce Griffith, Esquire
Attorney at Law
Hamlin, W. Va.   25523

PAUL D. CORLEY
JOHN K. PHILLIPS
WILLIE NESTOR
EDDIE S. CANTERBURY, JR.
RICHARD T. FLINT
LOUISE S. SMITH
Thomas O. Mucklow, Esquire
Mosesso Bldg.
U. S. Route 250 South
Philippi, WV 26416