DOCKET NO. 280

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DISTRIBUTION OF EDUCATIONAL BOOKS & MATERIALS TO UNDERPRIVILEGED STUDENTS IN THE STATE OF WEST VIRGINIA

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of or do not oppose transferring the action pending in the Southern District of West Virginia to the Northern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the action pending in that district, and the Panel having found upon consideration of the papers submitted that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS THEREFORE ORDERED that the action listed on the attached Schedule A and pending in the Southern District of West Virginia be, and the same hereby is, transferred to the Northern District of West Virginia and, with the consent of that court, assigned to the Honorable Charles H. Haden, II for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

*John Minor Wisdom*
—————————————
John Minor Wisdom

SCHEDULE A

MDL-280 -- IN RE DISTRIBUTION OF EDUCATIONAL BOOKS AND MATERIALS TO UNDERPRIVILEGED STUDENTS IN THE STATE OF WEST VIRGINIA

NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| Edna D. Bennett, et al. v. Paul D. Corley, et al. | Civil Action No. 76-76-F |

SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| Lisa Jean Woodrum, etc. v. Donald Ray Mullins, et al. | Civil Action No. 76-357-H |